# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 17-____ |
|---|---|---|
| v. | : | DATE FILED:_____ |
| GERALD KENNETH GARRETT | : | VIOLATION:<br>18 U.S.C. § 2314 (interstate transporation of stolen property- 1 count) |

## INFORMATION

## COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times material to this information:

1. The Muhammad Ali Center, founded by Lonnie and Muhammad Ali and located in Louisville, Jefferson County, Kentucky, is a museum and international cultural center that is open to the general public.

2. On or about October 22, 2016 to on or about October 23, 2016, in the Western District of Kentucky, the Eastern District of Pennsylvania and elsewhere, defendant

**GERALD KENNETH GARRETT**

unlawfully transported in interstate commerce from Louisville, Kentucky to Philadelphia, Pennsylvania a print of Muhammad Ali signed by the artist, LeRoy Neiman, with a value of at least $5,000, knowing the same to have been stolen, converted and taken by theft from the Muhammad Ali Center.

In violation of Title 18, United States Code, Sections 2314.

_____
**LOUIS D. LAPPEN**
**Acting United States Attorney**